Franklin P. Eastman, Plaintiff, *v.* The Mayor, Aldermen and Commonalty of the City of New York, Defendants.

Cross-appeals by the plaintiff and the defendants respectively from a judgment entered on a verdict directed by the trial judge.

*Thomas P. Wickes,* for plaintiff.

*Francis M. Scott (D. J. Dean,* of counsel), for defendants.

*Per Curiam.*   This action was brought to recover damages for the breach of a contract by which the defendants granted to the plaintiff the right to collect all the wharfage and cranage of a certain bulkhead.   The defendants disclaim any liability whatever, while the plaintiff contends that the verdict directed in his favor is insufficient in amount.   An examination of the case has satisfied us that the views expressed by the learned trial judge on directing the verdict were correct and that upon the evidence before him the verdict was properly directed.

The judgment should be affirmed on both appeals, but without costs to either party.

Present : FREEDMAN and McADAM, JJ.
Judgment affirmed, without costs.